## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Bonnie Richardson,

                    Plaintiff,

                                                      Civ. No. 05-2308 (RHK/AJB)

v.                                                         **ORDER**

Intown Suites Burnsville, L.P.,

                    Defendant.

---

Sidney Crow,

                    Plaintiff,

                                                      Civ. No. 05-2307 (RHK/AJB)

v.                                                         **ORDER**

Intown Suites Burnsville, L.P.,

                    Defendant.

---

     For purposes of the Motions to Vacate Default Entry of Judgment in the above-captioned matters (Civ. No. 05-2307, Doc. No. 30; Civ. No. 05-2308, Doc. No. 47), Plaintiffs shall file responsive briefs by **March 9, 2006**, and Defendant shall file reply briefs, if any, by **March 16, 2006**.

Dated: February 23, 2006                                                   s/Richard H. Kyle
                                                                                    RICHARD H. KYLE
                                                                                    United States District Judge