# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Bonnie Richardson,

                Plaintiff,

                                                  Civ. No. 05-2308 (RHK/AJB)

v.                                                    **ORDER**

Intown Suites Burnsville, L.P.,

                Defendant.

---

Sidney Crow,

                Plaintiff,

                                                      Civ. No. 05-2307 (RHK/AJB)

v.                                                    **ORDER**

Intown Suites Burnsville, L.P.,

                Defendant.

---

The March 21, 2006 hearing in the above-captioned matters will be <u>limited</u> to oral arguments with respect to Defendant's Motions to Vacate Clerk's Entry of Default (Richardson Doc. No. 47; Crow Doc. No. 30).

Dated: March 10, 2006                                                           s/Richard H. Kyle
                                                                                     RICHARD H. KYLE
                                                                                     United States District Judge